PER CURIAM.

(No. 74-CC-431—Claimant )

SANGAMON COUNTY SHERIFF'S DEPARTMENT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed March 25, 1974.*

SANGAMON COUNTY SHERIFF'S DEPARTMENT, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

Per Curiam.